# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>            Plaintiff,<br><br>    v.<br><br>HECTOR ROBLES, et al.,<br><br>            Defendants.<br>_____/ | 1:09-cv-00443 LJO YNP GSA (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on March 3, 2008.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Robles, Negrete, Smith, Garza, Lozano for Eight Amendment excessive force, Defendants Robles, Negrete, Smith, Garza, Lozano, and Reyna for assault and battery, and against Defendants Horton, Alvarez, Wilson, Teesdale and Reyna for negligence..[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's equal protection, conspiracy, malicious prosecution, Eight Amendment medical, conspiracy, due process, and equal protection claims be dismissed.  The court also recommends dismissal of Defendants Tuhin, Cruz, Breckner, Ocampo, Hancock, Grewal, Dill, Chen Ashby, Vasquez, Lopez, Hedgpeth and Molano be dismissed.

        C/O HECTOR ROBLES

        C/O J. NEGRETE

        C/O H. SMITH

        C/O J. GARZA

        C/O L. LOZANO

        C/O T. REYNA

        SERGEANT C. HORTON

        SERGEANT M. ALVAREZ

        LIEUTENANT S. WILSON

        CAPTAIN B. TEESDALE

2. The Clerk of the Court shall send Plaintiff ten USM-285 forms, ten summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 10, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Eleven copies of the endorsed complaint filed March 10, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:     August 27, 2009**                             /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE