IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY D. THOMAS,

    Plaintiff,                       1: 09 CV  00443 LJO YNP GSA (PC)

    vs.                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#11)

HECTOR ROBLES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On August 28, 2009, findings and recommendations were entered, recommending dismissal of certain claims and defendants.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1   Accordingly, THE COURT HEREBY ORDERS that:

2   1. The Findings and Recommendations issued by the Magistrate Judge on August 28, 2009, are adopted in full; and

3   2. Plaintiff's Eighth Amendment medical, malicious prosecution, conspiracy, equal protection and due process claims are dismissed.  Defendants Tuhin, Cruz, Breckner, Ocampo, Hancock, Grewal, Dill, Chen, Ashby, Vasquez, Lopez, Hedgpeth and Molano are dismissed.

IT IS SO ORDERED.

**Dated:    October 21, 2009**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE