IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>            Plaintiff,<br><br>    vs.<br><br>HECTOR ROBLES, et al.,<br><br>            Defendants. | 1: 09 CV 00443 LJO YNP GSA (PC)<br><br>ORDER VACATING FINDINGS<br>AND RECOMMENDATIONS |

On February 17, 2010, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to prosecute. On March 8, 2010, Plaintiff filed objections to the findings and recommendations. Plaintiff has shown good cause why this action should proceed.

Accordingly, IT IS HEREBY ORDERED that the February 17, 2010, recommendation of dismissal is vacated.

IT IS SO ORDERED.

Dated:   **March 23, 2010**           **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE