# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ROBLES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-SMS PC<br><br>ORDER REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO JUDGE SNYDER'S CHAMBERS ON OR BEFORE APRIL 15, 2011<br><br>Settlement Conference:　April 20, at 1:30 p.m.<br>　　　　　　　　　　　　　 in Courtroom 7 (SMS) |

On March 31, 2011, a telephonic trial confirmation hearing was held before the Honorable Lawrence J. O'Neill. The parties indicated that they are agreeable to settlement discussions and a settlement conference was set for April 20, 2011, at 1:30 p.m. before the Honorable Sandra M. Snyder. The Court prefers that plaintiff be present for settlement discussions and therefore, plaintiff shall be transported to the Court for the conference. Unless otherwise permitted in advance by the Court, the attorney(s) who will try the case shall appear at the mandatory settlement conference with the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

On or before **April 18, 2011**, the parties shall submit directly to the settlement conference judge's chambers a confidential settlement conference statement. This statement should not be filed with the Clerk's Office and should not be served on the other party. It should be mailed directly to chambers at the following address: **Chambers of Magistrate Judge Sandra M. Snyder, 2500 Tulare Street, Suite 1501, Fresno, California, 93721**. Each statement shall be clearly marked

1

1  "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated
2  prominently. The parties are urged to request the return of their statements. If such request is not
3  made, the Court will dispose of the statements.
4        The Confidential Settlement Conference Statement shall include the following:
5      A.    A brief statement of the facts of the case;
6      B.    The relief sought; and
7      C.    The party's position on settlement, including realistic settlement expectations, present
8  demands and offers, and a history of past settlement discussions, offers, and demands.
9        Defendants shall include an estimate of the cost and time to be expended for further pretrial
10  and trial matters.
11        If, after reviewing the statements, it appears unlikely that the parties will be able to reach an
12  agreement, the Court may in its discretion hold a telephonic hearing in place of the settlement
13  conference to discuss its concerns. Should the parties' statements give rise to these concerns and the
14  conference be converted to a telephonic hearing, the parties will be notified by order.
15      IT IS SO ORDERED.
16  **Dated:**   April 6, 2011                /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE