# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS, | CASE NO. 1:09-cv-00443-LJO-SMS |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO ALLOW CDCR REPRESENTATIVE TO APPEAR AT SETTLEMENT CONFERENCE VIA TELEPHONE |
| v. | |
| HECTOR ROBLES, et al., | |
| Defendants. | (ECF No. 62) |

A settlement conference in this action is scheduled for April 20, 2011, at 1:30 p.m. before the undersigned. On April 12, 2011, Defendants filed a request to allow the representative from the California Department of Corrections and Rehabilitation ("CDCR") to appear at the settlement conference via telephone due to budget constraints. Accordingly, it is HEREBY ORDERED that Defendants request for the CDCR representative to appear at the settlement conference by telephone is GRANTED.

IT IS SO ORDERED.

**Dated:   April 13, 2011**                    /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

1