# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>HECTOR ROBLES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-SMS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL AND VACATING TRIAL SET FOR MAY 9, 2011, AND CONTINUING TRIAL TO DECEMBER 12, 2011<br><br>(ECF No. 68)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF LARRY D. THOMAS, H-79847, KEVIN P. O'CONNELL K-89321, AND RUDOLFO A. MEDINA, E-98588, FOR TRIAL<br><br>(ECF Nos. 59, 60, 61)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON CDCR TRANSPORTATION, AND OUT-TO-COURT DESK AND LITIGATION OFFICE AT CALIFORNIA STATE PRISON-CORCORAN, KERN VALLEY STATE PRISON AND HIGH DESERT STATE PRISON<br><br>JURY TRIAL: December 12, 2011 at 8:30 a.m. in Courtroom 4 (LJO) |

Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently set for trial by jury on May 9, 2011, before the Honorable Lawrence J. O'Neill. On April 22, 2011, Defendants filed a motion to continue the trial date due to Defendant Reyna being on active military duty overseas. Defendant Reyna's tour of duty has been extended until August 2011. Due to Defendant

1

Reyna being a defendant in this action and a defense witness for the other defendants, the Court finds good cause to continue the trial date.

Accordingly, it is HEREBY ORDERED that:

1. The trial date of May 9, 2011, is VACATED;
2. This trial in this matter is CONTINUED to **December 12, 2011, at 8:30 a.m.** in Courtroom 4 before the Honorable Lawrence J. O'Neill;
3. The Order and Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff Larry D. Thomas, Kevin P. O'Connell, and Rudolfo A. Medina for jury trial on May 9, 2011, are VACATED;[1] and
4. The Clerk's Office shall serve a courtesy copy of this order on CDCR Transportation, and the Out-to-Court Desk and Litigation Offices at California State Prison-Corcoran, Kern Valley State Prison, and High Desert State Prison.

IT IS SO ORDERED.

**Dated:   April 26, 2011**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Order and Writ of Habeas Corpus ad Testificandum commanding the production of Plaintiff Larry D. Thomas, Kevin P. O'Connell, and Rudolfo A. Medina for jury trial will be issued approximately one month prior to trial.

2