# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>             Plaintiff,<br><br>     v.<br><br>HECTOR ROBLES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-SMS<br><br>ORDER SETTING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>Date:         November 3, 2011<br>Time:        8:30 a.m.<br>Courtroom:  4 (LJO) |

     Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Trial in this matter was continued until December 12, 2011.

     Accordingly, the Court HEREBY ORDERS as follows:

1.    This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **November 3, 2011, at 8:30 a.m.** in Courtroom 4 (LJO); and

2.    Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

IT IS SO ORDERED.

**Dated:   August 2, 2011**                              /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE