# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR ROBLES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-BAM PC<br><br>ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING |

Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Due to the Court's schedule the telephonic trial confirmation hearing set for November 3, 2011, at 8:30 a.m., is advanced to 8:00 a.m.

Accordingly, it is HEREBY ORDERED that:

1. The telephonic trial confirmation hearing shall be advanced to **8:00 a.m.** on November 3, 2011, in Courtroom 4 (LJO); and

2. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at (559) 499-5680.

IT IS SO ORDERED.

Dated: October 27, 2011              /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE

1