# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR ROBLES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE<br><br>(ECF Nos. 64, 65, 66) |

　　　Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is confirmed for trial on December 13, 2011, at 8:30 a.m. before the Honorable Lawrence J. O'Neill. On October 27, 2011, during the telephonic trial confirmation hearing, Motions in Limine were heard and decided. As discussed during the hearing, Defendants Motions in Limine Nos. 1, 2, and 3, filed April 18, 2011, are HEREBY GRANTED. The reasoning on the record is incorporated by reference.

　　　IT IS SO ORDERED.

**Dated:**　　**November 7, 2011**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1