# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LARRY D. THOMAS,

        Plaintiff,

   v.

HECTOR ROBLES, et al.,

        Defendants.

_____/

CASE NO. 1:09-cv-00443-LJO-BAM PC

ORDER   CONTINUING   TELEPHONIC
HEARING

Plaintiff Larry D. Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The telephonic hearing set for December 7, 2011, before the Honorable Lawrence J. O'Neill is HEREBY continued to **December 8, 2011**, at 8:00 a.m. and counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5680**.

It was continued, as the Court understands it, because the right hand did not know what the left hand was doing. This is an expensive excuse, one that occurs too often, and one that the Court will not tolerate in the future on this case or any other. Sanctions are the only appropriate remedy. It is ORDERED that the Clerk of this Court send a copy of this Order to the Warden of the facility where this occurred.

IT IS SO ORDERED.

**Dated:   December 7, 2011**          **/s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE