FILED

DEC 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>            Plaintiff,<br><br>      v.<br><br>HECTOR ROBLES, J. NEGRETE,<br>H. SMITH, J. GARZA, L. LOZANO,<br>T. REYNA, C. HORTON, M. ALVAREZ,<br>S. WILSON, AND B. TEESDALE,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **RUDOLPH MEDINA, CDC # E-98588**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on December 13, 2011. Witness **Rudolph Medina, CDC # E-98588**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  12-13-11            _____
                                              LAWRENCE J. O'NEILL
                                              UNITED STATES DISTRICT JUDGE

1