FILED

DEC 1 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY D. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR ROBLES, J. NEGRETE,<br>H. SMITH, J. GARZA, L. LOZANO,<br>T. REYNA, C. HORTON, M. ALVAREZ,<br>S. WILSON, AND B. TEESDALE,<br><br>Defendants.<br>_____/ | CASE NO. 1:09-cv-00443-LJO-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **KEVIN O'CONNELL, CDC # K-89321**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on December 13, 2011. Witness **Kevin O'Connell, CDC # K-89321**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: _12-13-11_     _____
                      LAWRENCE J. O'NEILL
                      UNITED STATES DISTRICT JUDGE

1